FILED

2018 Feb-14  AM 09:58
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| LARRY COLEMAN, CHESTER COLEMAN AND FREDDIE SELTZER, | ) ) ) ) |
| Plaintiffs, | ) ) |
| | ) CIVIL ACTION NO: |
| v. | ) ) |
| MORRIS-SHEA BRIDGE COMPANY, INC. and RICHARD "DICK" SHEA | ) ) PLAINTIFFS DEMAND ) TRIAL BY STRUCK JURY |
| Defendants. | ) ) |

---

## COMPLAINT

---

## INTRODUCTION

Plaintiffs, Larry Coleman, Chester Coleman and Freddie Seltzer bring this action for legal and equitable relief to address unlawful employment practices and violations of Federal and State law by Defendants, Morris-Shea Bridge Company, Inc. and Richard "Dick" Shea.

## JURISDICTION

1.     This Complaint seeks legal and equitable relief to redress Defendants' unlawful violations of Plaintiffs' rights secured by the following:

     a.     Age Discrimination in Employment Act of 1967 ("ADEA"), 29

U.S.C. §§ 621-634, as amended;

b.  Alabama Age Discrimination in Employment Act ("AADEA"), Ala. Code 1975, § 25-1-20;

c.  Civil Rights Acts of 1964 ("Title VII"), 42 U.S.C. § 2000e, *et seq.*, as amended by the Civil Rights Act of 1991;

d.  Civil Rights Act of 1866, 42 U.S.C. § 1981, as amended;

e.  the laws of the State of Alabama.

2.  Jurisdiction is proper pursuant to the following:

a.  28 U.S.C. §§ 1331, 1343(a)(3) and 1367;

b.  ADEA, 29 U.S.C. § 626(c)(1); and

c.  Title VII, 42 U.S.C. § 2000e-5(f)(3).

## PARTIES

3.  Plaintiffs, Larry Coleman, Chester Coleman and Freddie Seltzer, are African-American males, over the age of 19, and residents of the State of Alabama.

4.  Defendants Morris-Shea Bridge Company, Inc. ("Morris-Shea") is a building contractor registered in Alabama and maintains a principal office in Irondale, Jefferson County, Alabama, where it is involved in heavy construction projects of bridges, highways, buildings and foundation engineering.

5.  Defendant Richard "Dick" Shea is the owner of Morris-Shea Bridge

Company, Inc. supervisor of Plaintiffs at the time of their termination and resides in Jefferson County, Alabama.

6.      Defendant Morris-Shea is an employer for the purpose of Title VII of the Civil Rights Act of 1964, as amended and the ADEA.

7.      Shea supervised Larry Coleman, Chester Coleman and Freddie Seltzer and terminated their employment from Morris-Shea.

## VENUE

8.      Venue lies within the Northern District of Alabama under 28 U.S.C. § 1391.

## ADMINISTRATIVE PROCEDURES

9.      On May 11, 2017, within 180 days of the acts of discrimination of which they each complain, Larry Coleman, Chester Coleman and Freddie Seltzer filed a Charge of Discrimination with the Equal Employment Opportunity Commission (hereinafter "EEOC").  (See Exhibit  A, B and C).

10.      On November 14, 2017, the EEOC issued a Dismissal and Notice of Rights on Chester Coleman's charge that was received on November 20, 2017. (See Exhibit D). Larry Coleman and Freddie Seltzer have requested the EEOC to issue the Dismissal and Notice of Rights since 180 days have lapsed, but the EEOC has not issued the notice.   Larry Coleman and Freddie Seltzer will supplement this

information upon receipt.

11.    Larry Coleman, Chester Coleman and Freddie Seltzer have satisfied all conditions precedent to bringing this action.

12.    Larry Coleman, Chester Coleman and Freddie Seltzer filed this action within 90 days from November 20, 2017.

## FACTS

### Joint Facts Larry Coleman, Chester Coleman and Freddie Seltzer

13.    Larry Coleman, Chester Coleman and Freddie Seltzer are over the age of 50.

14.    Larry Coleman, Chester Coleman and Freddie Seltzer are African-American men.

15.    Larry Coleman has  worked for more than thirty-five (35) years for Morris-Shea Bridge Co. Inc.

16.    Chester Coleman has  worked for more than twenty-five (25) years for Morris-Shea.

17.    Freddie Seltzer has  worked for more than twenty-seven (27) years for Morris-Shea.

18.    Larry Coleman, Chester Coleman and Freddie Seltzer are biological brothers.

19.     Morris-Shea is a building contractor focusing on deep foundation work and other heavy civil work including driven piles, augercast piles, partial displacement piles, drilled shafts, caissons, sheeting, shoring, micropiles, tiebacks, pile top reverse circulation shafts, secant walls and marine work.[1]

20.     Morris-Shea is headquartered in Irondale, Alabama and employs more than 460 workers.

21.     Morris-Shea has additional office locations in Miami, Houston, Los Angeles, Orlando and Savannah.

22.     Morris-Shea has never disciplined Larry Coleman, Chester Coleman or Freddie Seltzer during the entire course of their employment with Morris-Shea.

23.     Larry Coleman, Chester Coleman and Freddie Seltzer have always passed all random drug tests at Morris-Shea.

24.     Larry Coleman, Chester Coleman and Freddie Seltzer drove more than 120 miles one way to work in Birmingham at Morris-Shea.

25.      Morris-Shea often assigned Larry Coleman, Chester Coleman and Freddie Seltzer to work out of town and out of state on projects on behalf of Morris-

---

[1]http://www.businessalabama.com/Business-Alabama/March-2016/Deeper-Foundations-by-Design-and-Engineering/

Shea.

26.     Morris-Shea often required Larry Coleman, Chester Coleman and Freddie Seltzer to work ten (10) to twelve (12) hours a day at Morris-Shea.

27.     Morris-Shea had assigned Larry Coleman, Chester Coleman and Freddie Seltzer, as of April 10, 2017, to work on Richard Shea's home in Mountain Brook.

28.     Richard Shea is the son of Richard 'Dick' Shea, the owner of Morris-Shea Bridge Company.  Richard Shea is a part owner of Morris-Shea.

29.     On April 10, 2027, Larry Coleman, Chester Coleman and Freddie Seltzer were working together at the Richard Shea home when they stopped for a thirty minute lunch break approved by the superintendent, Lee Dubberly.

30.     Larry Coleman brought his lunch that day, but Freddie Seltzer and Chester Coleman left the work site to get a sandwich at a fast food restaurant nearby to the work site.

31.     Dick Shea complained that Freddie Seltzer and Chester Coleman were taking too long to get back from lunch even though the two arrived back to the site within 30 minutes.

32.     Dick Shea became angry and informed Larry Coleman that Freddie Seltzer and Chester Coleman were to go home for the remainder of the day.

33.     Shea provided no reason why he wanted Freddie Seltzer and Chester

Coleman to leave work.

34.    Dick Shea also did not tell Freddie Seltzer and Chester Coleman when they were to report back to work.

35.    The next day, Larry Coleman arrived at the job site at the usual start time for work at Morris-Shea.

36.    Jimmy Harris, superintendent for Morris-Shea and Caucasian male, told Larry Coleman that Dick Shea had instructed him to send Larry Coleman home, even though Larry Coleman had just driven 120 miles to work.

37.    Larry Coleman asked Jimmy Harris for a reason that he was being sent home.

38.    Dick Shea nor Jimmy Harris provided any reason to Larry Coleman why he was being sent home and immediately removed from the job.

39.    Approximately two weeks later,  Dubberly called Chester Coleman at home and informed him that Dick Shea had instructed that all three of the men were terminated from Morris-Shea.

40.    Chester Coleman asked Dubberly why they were being terminated by Dick Shea and Morris-Shea.

41.    Dubberly stated he did not know the reason and no reason had been given to him by Dick Shea for the termination of Larry Coleman, Chester Coleman

and Freddie Seltzer.

42.     Morris-Shea and Dick Shea replaced Larry Coleman, Chester Coleman and Freddie Seltzer with Caucasian workers significantly younger than Larry Coleman, Chester Coleman and Freddie Seltzer.

43.     Tony Dennis is one of the Caucasian workers hired to replace Larry Coleman, Chester Coleman and Freddie Seltzer.

44.     Tony Dennis is a white male and approximately 40 years of age.

45.     Caucasian workers have quit work at Morris-Shea and subsequently rehired making more money despite a policy that if a worker quits he will not be hired back.

46.     Sam Garner, David Turberville and Johnny Diemer are Caucasian workers that quit working for Morris-Shea but were later hired back and paid more money than African-American workers that had not quit.

47.     Morris-Shea did not afford African-American workers the same opportunities as Caucasian workers

48.     Caucasian workers employed with Morris-Shea have repeatedly failed drug tests and have been hired back to work at Morris-Shea.

49.      Caucasian workers have also been late to work at Morris-Shea on numerous occasions and Morris-Shea has not disciplined nor terminated Caucasian

workers.

50.     Morris-Shea and Dick Shea treat Caucasian workers with more respect and award Caucasian workers better terms and conditions of employment than African-American workers because of race.

51.     Morris-Shea pays greater wages to Caucasian workers than African-American workers due to race.

52.     Morris-Shea paid Larry Coleman, Chester Coleman and Freddie Seltzer less wages and benefits than similarly-situated white workers who had worked less time with the company.

53.     Chris Hughes, Johnny Diemer and Keith Pate were paid a higher salary and a higher per diem that Larry Coleman, Chester Coleman and Freddie Seltzer.

54.     Larry Coleman, Chester Coleman and Freddie Seltzer had more seniority and greater qualifications than Chris Hughes, Johnny Diemer and Keith Pate.

55.     Morris-Shea would deny Larry Coleman, Chester Coleman and Freddie Seltzer advancement.

56.     Morris-Shea encouraged and allowed Caucasian workers Carl Caudle, Clyde Caudle and Shane Moore to obtain certifications that Larry Coleman, Chester Coleman and Freddie Seltzer were denied.

57.     Larry Coleman, Chester Coleman and Freddie Seltzer had greater qualifications and seniority than Carl Caudle, Clyde Caudle and Shane Moore.

58.     As a result of the discriminatory actions of Morris-Shea and Dick Shea, Larry Coleman, Chester Coleman and Freddie Seltzer have been caused to suffer damages.

## FACTS REGARDING CHESTER COLEMAN

59.     Chester Coleman is an African-American male and fifty-six (56) years of age.

60.     Chester Coleman was employed for approximately twenty-five (25) years with Morris-Shea Bridge Company, Inc.

61.     Chester Coleman's most recent position was a heavy equipment operator/crane operator.

62.     Chester Coleman worked on numerous projects during his twenty-five (25) years of employment with Morris-Shea Bridge Company.

63.     Chester Coleman worked on the pile driving crew, operated loaders, cranes, track hoes, skid steers, drill rigs, extended lift rollers, packers and other equipment.

64.     Morris-Shea had assigned Chester Coleman, as of April 10, 2017, to work on Richard Shea's home in Mountain Brook.

65.     Richard Shea is the son of Richard 'Dick' Shea, the owner of Morris-Shea Bridge Company.

66.     On this day Chester Coleman was working with his two brothers, Larry Coleman and Freddie Seltzer.

67.     Morris-Shea had never disciplined Chester Coleman in his twenty-five (25) years of working with the company, nor had Chester Coleman ever been late or tardy to work at Morris-Shea.

68.     Chester Coleman had always passed all random drug tests at Morris-Shea.

69.     Chester Coleman drove more than 120 miles one way to work in Birmingham at Morris-Shea.

70.     Morris-Shea often assigned Chester Coleman to work out of town and out of state.

71.     Chester Coleman worked ten (10) to twelve (12) hours a day.

72.     On April 10, 2017, Chester Coleman and other workers stopped to take a 30 minute lunch break.

73.     Larry Coleman brought his lunch that day, but Freddie Seltzer and Chester Coleman left the work site to get a sandwich at a fast food restaurant not far from the work site where the laborers were working in Mountain Brook.

74.     Dick Shea complained to Larry Coleman that  Freddie Seltzer and Chester Coleman  were taking too long to get back from lunch.

75.     When  Freddie Seltzer and Chester Coleman  arrived back to the work site within 30 minutes, Dick Shea told Larry Coleman that  Freddie Seltzer and Chester Coleman could go home for the day.

76.     Shea provided no reason why he wanted  Freddie Seltzer and Chester Coleman to leave work.

77.     Dick Shea also did not tell Freddie Seltzer and Chester Coleman when they were to report back to work.

78.     The next day, Larry Coleman arrived at the job site at the usual start time for work at Morris-Shea.

79.     Jimmy Harris, superintendent for Morris-Shea and Caucasian male, told Larry Coleman that Dick Shea wanted him to leave the work site and go home.

80.     No reason was provided why Dick Shea wanted Larry Coleman off the job despite the inquiries by Larry Coleman.

81.     When Larry Coleman asked Harris what was the reason for being sent home, Harris told Coleman that Dick Shea did not tell him, nor did he say when Larry Coleman was to return to work.

82.     Approximately two weeks later, Lee Dubberly, Superintendent called

Chester Coleman at home and asked, "have you heard the news?"

83.     Chester Coleman told Dubberly that he had not heard anything from work since he was told to leave the job site and go home.

84.     Dubberly informed Chester Coleman that all three were terminated from Morris-Shea.

85.     Chester Coleman asked Dubberly why they were all being terminated and Dubberly stated  he did not know the reason and no reason had been given to him by Dick Shea.

86.     Caucasian workers employed with Morris-Shea have repeatedly failed drug tests and have been hired back to work at Morris-Shea.

87.      Caucasian workers have also been late to work at Morris-Shea on numerous occasions and Morris-Shea has not disciplined nor terminated Caucasian workers.

88.    Morris-Shea and Dick Shea treat Caucasian workers with more respect and award Caucasian workers better terms and conditions of employment than African-American workers strictly because of race.

89.     Morris-Shea pays greater wages to Caucasian workers than African-American workers strictly due to race.

90.     Morris-Shea paid Larry Coleman, Chester Coleman and Freddie Seltzer

less wages and benefits than similarly-situated white workers who had worked less time with the company.

91.     On those occasions when Larry Coleman, Chester Coleman and Freddie Seltzer worked out of town, Morris-Shea paid a per diem for lodging and food.

92.     Morris-Shea paid Larry Coleman, Chester Coleman and Freddie Seltzer and other African-American workers $75.00 or less in a per diem.

93.     Morris-Shea paid Caucasian workers $100.00 - $150.00 a day per diem.

94.     Morris-Shea paid Larry Coleman, Chester Coleman and Freddie Seltzer less of a per diem than white workers strictly because of their race.

95.     Morris-Shea would reimburse Larry Coleman, Chester Coleman and Freddie Seltzer $75.00 per day for out of state work and other times would pay them $65.00 a day in per diem while their white co-employees received $100.00 to $150.00 a day.

96.     After Morris-Shea terminated the three men, Larry Coleman called the finance office at Morris-Shea to have their unused vacation time paid.

97.     Larry Coleman also asked the finance office for a reason for the termination of Larry Coleman, Chester Coleman and Freddie Seltzer.

98.     Morris-Shea could not provide a reason for the termination of Larry Coleman, Chester Coleman and Freddie Seltzer.

99.    Larry Coleman went to the corporate office of Morris-Shea to have human resources complete a form for state assistance for food stamps.

100.    The HR Manager of Morris-Shea wrote "lack of work" as the reason for termination for Larry Coleman.

101.    The reason for termination as "lack of work" provided by Morris-Shea is untrue.

102.    Dubberly told Larry Coleman that three (3) people had replaced them and at least two were Caucasian.

103.    Morris-Shea replaced Larry Coleman, Chester Coleman and Freddie Seltzer with younger white workers that were less qualified and had less seniority with the company.

104.    Further Morris-Shea has hired additional white workers to work at Morris-Shea while Larry Coleman, Chester Coleman and Freddie Seltzer remain out of work and now terminated.

105.    Morris-Shea is also hiring workers and has link on its website for open and available positions: http://www.morrisshea.com/careers/.

106.    Dubberly also identified the workers replacing Larry Coleman, Chester Coleman and Freddie Seltzer as significantly younger individuals than Larry Coleman, Chester Coleman and Freddie Seltzer, whom are all more than fifty (50)

years of age.

107.   Morris-Shea has denied job advancement and promotions to Larry Coleman, Chester Coleman and Freddie Seltzer due to their race.

108.   Morris-Shea has hired and advanced young white workers over Larry Coleman, Chester Coleman and Freddie Seltzer.

109.   Morris-Shea has hired young white workers and advanced these workers to higher and better paying positions as new employees over Larry Coleman, Chester Coleman and Freddie Seltzer.

110.   Chester Coleman has certifications and licenses to operate heavy machinery that he worked diligently to obtain.

111.   Morris-Shea would hire white workers and advance them over Larry Coleman, Chester Coleman and Freddie Seltzer by giving white workers training and the ability to test for operator positions that African-American workers were not allowed to apply nor advance to those same positions.

112.   Morris-Shea would not disclose open and available positions to African-American workers in order to keep them from advancing and being paid more money.

113.   Morris-Shea did not disclose that operator positions were available to Chester Coleman.

114.   Morris-Shea allowed Caucasian workers to study and test for the crane

operators' certification and license but Chester Coleman was not allowed to do this.

115.   Morris-Shea provided help to Caucasian workers in order to pass the license test.

116.   Morris-Shea pays crane operators more money.

117.   Morris-Shea's crane operators are all Caucasian workers.

118.   Chester Coleman was being paid $25.00 an hour, but crane operators and other licensed positions are paid $40.00 to $50.00 an hour.

119.   Chester Coleman was subjected to racial comments that were demeaning, harassing, and discriminatory at Morris-Shea.

120.   Morris-Shea does not have an employee handbook and there has never been any company training on prohibiting discrimination and harassment in the workplace.

121.   Morris-Shea hires Hispanic workers that appear not to be legal workers.

122.   Morris-Shea pays Hispanic workers with a paper check while the rest of the workers, including Chester Coleman, are paid through direct deposit.

123.   Morris-Shea treats Hispanic workers more advantageous that the African-American workers.

## FACTS REGARDING LARRY COLEMAN

124.   Larry Coleman is an African-American male and fifty-nine (59) years of

age.

125.   Larry Coleman was employed for approximately thirty-five (35) years with Morris-Shea Bridge Company, Inc.

126.   Larry Coleman's most recent position was superintendent/foreman with the title, Pile Driver Superintendent.

127.   Morris-Shea had never disciplined Larry Coleman in his thirty-five (35) years of working with the company, nor had Larry Coleman ever been late or tardy to work at Morris-Shea.

128.   Larry Coleman had always passed all random drug tests at Morris-Shea.

129.   Morris-Shea often assigned Larry Coleman to work out of town and out of state.

130.   Larry Coleman worked ten (10) to twelve (12) hours a day.

131.   Larry Coleman was the only African-American superintendent, however, even though Mr. Coleman was considered a superintendent, he was sometimes referred to as a foreman.

132.   Larry Coleman was always required to work along side his crew, while the Caucasian superintendents and foreman were not required to work with their crew.

133.   Larry Coleman worked on numerous projects during his thirty-five (35)

years of employment with Morris-Shea Bridge Company.

134.   Morris-Shea had assigned Larry Coleman, as of April 10, 2017, to work on Richard Shea's home in Mountain Brook.

135.   Richard Shea is the son of Richard 'Dick' Shea, the owner of Morris-Shea Bridge Company.

136.   On this day Larry Coleman was working with his two brothers, Chester Coleman and Freddie Seltzer.

137.   On April 10, 2017, Larry Coleman and other workers stopped to take a 30 minute lunch break.

138.   Larry Coleman brought his lunch that day, but Freddie Seltzer and Chester Coleman left the work site to get a sandwich at a fast food restaurant not far from the work site where the laborers were working in Mountain Brook.

139.   Dick Shea complained to Larry Coleman that Freddie Seltzer and Chester Coleman were taking too long to get back from lunch.

140.   When Freddie Seltzer and Chester Coleman arrived back to the work site within 30 minutes, Dick Shea told Larry Coleman that Freddie Seltzer and Chester Coleman could go home for the day.

141.   Dick Shea provided no reason why he wanted Freddie Seltzer and Chester Coleman to leave work.

142.    Dick Shea did not tell Freddie Seltzer and Chester Coleman when they were to report back to work.

143.    The next day, Larry Coleman arrived at the job site at the usual start time for work at Morris-Shea.

144.    Jimmy Harris, superintendent for Morris-Shea and Caucasian male, told Larry Coleman that Dick Shea wanted him to leave the work site and go home.

145.    No reason was provided why Dick Shea wanted Larry Coleman off the job despite the inquiries by Larry Coleman.

146.    When Larry Coleman asked Harris what was the reason he told him that Dick Shea did not tell him, nor did he say when Larry Coleman was to return to work.

147.    Larry Coleman drove more than 120 miles one way to work in Birmingham at Morris-Shea.

148.    Approximately two weeks later, Superintendent Lee Dubberly called Chester Coleman at home and asked, "have you heard the news?"

149.    Chester Coleman told Dubberly that he had not heard anything from work since he was told to leave the job site and go home.

150.    Dubberly then told Chester Coleman that all three were terminated from Morris-Shea.

151.    Chester Coleman asked Dubberly why they were all being terminated

and Dubberly stated he did not know the reason and no reason had been given to him by Dick Shea.

152.   Caucasian workers employed with Morris-Shea have repeatedly failed drug tests and have been hired back to work at Morris-Shea.

153.   Caucasian workers have also been late to work at Morris-Shea on numerous occasions and Morris-Shea has not disciplined nor terminated Caucasian workers.

154.   Morris-Shea and Dick Shea treat Caucasian workers with more respect and award Caucasian workers better terms and conditions of employment than African-American workers strictly because of race.

155.   Morris-Shea pays greater wages to Caucasian workers than African-American workers strictly due to race.

156.   Morris-Shea paid Larry Coleman, Chester Coleman and Freddie Seltzer less wages and benefits than similarly-situated white workers who had worked less time with the company.

157.   Larry Coleman was the only Superintendent required to work along side my crew.

158.   Morris-Shea provided Caucasian Superintendents an office job or they sat in a vehicle watching Larry Coleman and his crew.

159.   Larry Coleman did his job but Dubberly got all the credit and more pay.

160.   Morris-Shea did not require Caucasian superintendents to perform strenuous tasks and work in the dirt and mud as Larry Coleman was required to do along with his crew.

161.   There was an obvious difference in how Larry Coleman was treated as the lone African-American superintendent compared to the other white superintendents.

162.   Morris-Shea showed disparity or how African-Americans were paid compared to Caucasian employees.

163.   Larry Coleman was similarly situated as Lee Dubberly.

164.   Lee Dubberly, Caucasian superintendent,  made $2,500 a week, while Larry Coleman was paid less at $1,400 a week at $35 per hour.

165.   Larry Coleman was classified as  a salary worker and paid $35 an hour for 8 hours a day, five days a week, despite having to work longer hours and not treated as a superintendent.

166.   Larry Coleman was paid additional wages equivalent to eight  hours for each weekend day if he worked Saturday and Sunday, as was often the case. However, if Mr. Coleman worked more than eight hours on Saturday and Sunday he was not paid for the additional time.

167.   On those occasions when Larry Coleman, Chester Coleman and Freddie Seltzer worked out of town, Morris-Shea paid a per diem for lodging and food.

168.   Morris-Shea paid Larry Coleman, Chester Coleman and Freddie Seltzer and other African-American workers $75.00 or less in a per diem.

169.   Morris-Shea paid Caucasian workers $100.00 - $150.00 a day per diem.

170.   Morris-Shea paid Larry Coleman, Chester Coleman and Freddie Seltzer less of a per diem than White workers strictly because of their race.

171.   Morris-Shea would reimburse Larry Coleman, Chester Coleman and Freddie Seltzer $75.00 per day for out of state work and other times would pay them $65.00 a day in per diem while their white co-employees received $100.00 - $150.00 a day.

172.   After Morris-Shea terminated Larry Coleman, Chester Coleman and Freddie Seltzer, Larry Coleman called the finance office at Morris-Shea to have their unused vacation pay paid.

173.   Larry Coleman also asked the finance office for a reason for the termination of Larry Coleman, Chester Coleman and Freddie Seltzer.

174.   Morris-Shea could not provide a reason for the termination of Larry Coleman, Chester Coleman and Freddie Seltzer.

175.   Larry Coleman went to the corporate office of Morris-Shea to have

human resources complete a form for state assistance for food stamps.

176. The HR Manager of Morris-Shea wrote "lack of work" as the reason for termination for Larry Coleman.

177. The reason provided by Morris-Shea is untrue.

178. Dubberly told Larry Coleman that three (3) people had replaced us upon our termination.

179. Morris-Shea replaced Larry Coleman, Chester Coleman and Freddie Seltzer with white workers that were less qualified and had less seniority with the company.

180. Further Morris-Shea had hired additional white workers to work at Morris-Shea while Larry Coleman, Chester Coleman and Freddie Seltzer remain out of work and now terminated.

181. Morris-Shea is also hiring workers and has link on its website for open and available positions: http://www.morrisshea.com/careers/.

182. Dubberly also identified the workers replacing Larry Coleman, Chester Coleman and Freddie Seltzer as significantly younger individuals than Larry Coleman, Chester Coleman and Freddie Seltzer, whom are all more than fifty (50) years of age.

183. Morris-Shea has denied job advancement and promotions to Larry

Coleman, Chester Coleman and Freddie Seltzer due to their race.

184.   Morris-Shea has hired and advanced young white workers over Larry Coleman, Chester Coleman and Freddie Seltzer.

185.   Morris-Shea has hired young white workers and advanced these workers to higher and better paying positions as new employees over Larry Coleman, Chester Coleman and Freddie Seltzer.

186.   Larry Coleman endured adverse terms and conditions of employment based on his race during his employment with Morris-Shea.

187.   Larry Coleman was denied job advancement and promotions due to his race.

188.   Larry Coleman watched newly hired and inexperienced white workers come in as new employees and advance over African-American workers and be paid more money.

189.   Larry Coleman was also subjected to racial comments that were demeaning, harassing, and discriminatory during his employment at Morris-Shea.

190.   Morris-Shea is riddled with discriminatory remarks.

191.   Morris-Shea does not have an employee handbook and there has never been any company training on prohibiting discrimination and harassment in the workplace.

192.   Morris-Shea has no complaint procedure for voicing internal complaints of discrimination and harassment.

193.   Morris-Shea hires Hispanic workers that appear not to be legal workers.

194.   Morris-Shea pays Hispanic workers with a paper check while the rest of the workers, including Chester Coleman, are paid through direct deposit.

195.   Morris-Shea treats Hispanic workers more advantageous that the African-American workers.

196.   Larry Coleman requested to use some of his vacation time to attend to doctor appointments for serious medical conditions.

197.   Larry Coleman was required to tell Dubberly his medical reasons when he asked for time off to go to the doctor in order to use his vacation time.

198.   Morris-Shea used Larry Coleman's medical conditions to discriminate against him by treating him adverse, suspending him from work without any reason and subsequently terminating him.

**FACTS REGARDING FREDDIE SELTZER**

199.   Freddie Seltzer is an African-American male and fifty-two (52) years of age.

200.   Freddie Seltzer was employed for approximately twenty-seven (27) years with Morris-Shea Bridge Company, Inc.

201.   Freddie Seltzer's most recent position was welder, loader and forklift driver.

202.   Freddie Seltzer worked on numerous projects during his twenty-seven (27) years of employment with Morris-Shea Bridge Company.

203.   Morris-Shea had assigned Freddie Seltzer, as of April 10, 2017, to work on Richard Shea's home in Mountain Brook.

204.   Richard Shea is the son of Richard 'Dick' Shea, the owner of Morris-Shea Bridge Company.

205.   On this day Freddie Seltzer was working with his two brothers, Larry Coleman and Chester Coleman.

206.   Morris-Shea had never disciplined Freddie Seltzer in his twenty-seven (27) years of working with the company, nor had Freddie Seltzer ever been late or tardy to work at Morris-Shea.

207.   Freddie Seltzer had always passed all random drug tests at Morris-Shea.

208.   Freddie Seltzer drove more than 120 miles one way to work in Birmingham at Morris-Shea.

209.   Morris-Shea often assigned Freddie Seltzer to work out of town and out of state.

210.   Freddie Seltzer worked ten (10) to twelve (12) hours a day.

211.   On April 10, 2017, Freddie Seltzer and other workers stopped to take a 30 minute lunch break.

212.   Larry Coleman brought his lunch that day, but Freddie Seltzer and Chester Coleman left the work site to get a sandwich at a fast food restaurant not far from the work site where the laborers were working in Mountain Brook.

213.   Dick Shea complained to Larry Coleman that Freddie Seltzer and Chester Coleman  were taking too long to get back from lunch.

214.   When  Freddie Seltzer and Chester Coleman  arrived back to the work site within 30 minutes, Dick Shea told Larry Coleman that  Freddie Seltzer and Chester Coleman could go home for the day.

215.   Shea provided no reason why he wanted  Freddie Seltzer and Chester Coleman to leave work.

216.   Dick Shea also did not tell Freddie Seltzer and Chester Coleman when they were to report back to work.

217.   The next day, Larry Coleman arrived at the job site at the usual start time for work at Morris-Shea.

218.   Jimmy Harris, superintendent for Morris-Shea and Caucasian male, told Larry Coleman that Dick Shea wanted him to leave the work site and go home.

219.   No reason was provided why Dick Shea wanted Larry Coleman off the

job despite the inquiries by Larry Coleman.

220. When Larry Coleman asked Harris why he was being suspended from work, Harris responded that Dick Shea did not tell him, nor did he say when Larry Coleman was to return to work.

221. Approximately two weeks later, Lee Dubberly, superintendent, called Chester Coleman at home and asked, "have you heard the news?"

222. Chester Coleman told Dubberly that he had not heard anything from work since he was told to leave the job site and go home.

223. Dubberly then informed Chester Coleman that all three were terminated from Morris-Shea.

224. Chester Coleman asked Dubberly why they were all being terminated and Dubberly stated he did not know the reason and no reason had been given to him by Dick Shea.

225. Caucasian workers employed with Morris-Shea have repeatedly failed drug tests and have been hired back to work at Morris-Shea.

226. Caucasian workers have also been late to work at Morris-Shea on numerous occasions and Morris-Shea has not disciplined nor terminated Caucasian workers.

227. Morris-Shea and Dick Shea treat Caucasian workers with more respect

and award Caucasian workers better terms and conditions of employment than African-American workers strictly because of race.

228.   Morris-Shea pays greater wages to Caucasian workers than African-American workers strictly due to race.

229.   Morris-Shea paid Larry Coleman, Chester Coleman and Freddie Seltzer less wages and benefits than similarly-situated white workers who had worked less time with the company.

230.   On those occasions when Larry Coleman, Chester Coleman and Freddie Seltzer worked out of town, Morris-Shea paid a per diem for lodging and food.

231.   Morris-Shea paid Larry Coleman, Chester Coleman and Freddie Seltzer and other African-American workers  $75.00 or less in a per diem.

232.   Morris-Shea paid Caucasian workers $100.00 - $150.00 a day per diem.

233.   Morris-Shea paid Larry Coleman, Chester Coleman and Freddie Seltzer less of a per diem than white workers strictly because of their race.

234.   Morris-Shea would reimburse Larry Coleman, Chester Coleman and Freddie Seltzer  $75.00 per day for out of state work  and other times would pay them $65.00 a day in per diem while their white co-employees received $100.00 - $150.00 a day.

235.   After Morris-Shea terminated  Larry Coleman, Chester Coleman and

Freddie Seltzer, Larry Coleman called the finance office at Morris-Shea to have their unused vacation pay paid.

236.   Larry Coleman also asked the finance office for a reason for the termination of Larry Coleman, Chester Coleman and Freddie Seltzer.

237.   Morris-Shea could not provide a reason for the termination of Larry Coleman, Chester Coleman and Freddie Seltzer.

238.   Larry Coleman went to the corporate office of Morris-Shea to have human resources complete a form for state assistance for food stamps.

239.   The HR Manager of Morris-Shea wrote "lack of work" as the reason for termination for Larry Coleman.

240.   The reason provided by Morris-Shea as "lack of work" is untrue.

241.   Dubberly told Larry Coleman that three (3) people had replaced them upon their termination.

242.   Morris-Shea replaced Larry Coleman, Chester Coleman and Freddie Seltzer with white workers that were less qualified and had less seniority with the company.

243.   Further Morris-Shea had hired additional white workers to work at Morris-Shea while Larry Coleman, Chester Coleman and Freddie Seltzer remain out of work and now terminated.

244.   Morris-Shea is also hiring workers and has link on its website for open and available positions: http://www.morrisshea.com/careers/.

245.   Dubberly also identified the workers replacing Larry Coleman, Chester Coleman and Freddie Seltzer as significantly younger individuals than Larry Coleman, Chester Coleman and Freddie Seltzer, whom are all more than fifty (50) years of age.

246.   Morris-Shea has denied job advancement and promotions to Larry Coleman, Chester Coleman and Freddie Seltzer due to their race.

247.   Morris-Shea has hired and advanced young white workers over Larry Coleman, Chester Coleman and Freddie Seltzer.

248.   Morris-Shea has hired young white workers and advanced these workers to higher and better paying positions as new employees over Larry Coleman, Chester Coleman and Freddie Seltzer.

249.   Morris-Shea would hire white workers and advance them over Larry Coleman, Chester Coleman and Freddie Seltzer by giving white workers training and the ability to test for operator positions that African-American workers were not allowed to apply nor advance to those same positions.

250.   Morris-Shea would not disclose open and available positions to African-American workers in order to keep them from advancing and being paid more money.

251.   Freddie Seltzer was subjected to racial comments that were demeaning, harassing, and discriminatory at Morris-Shea.

252.   Morris-Shea does not have an employee handbook and there has never been any company training on prohibiting discrimination and harassment in the workplace.

253.   Morris-Shea hires Hispanic workers that appear not to be legal workers.

254.   Morris-Shea pays Hispanic workers with a paper check while the rest of the workers, including Freddie Seltzer, are paid through direct deposit.

255.   Morris-Shea treats Hispanic workers more advantageous that the African-American workers.

## COUNT I

### SECTION 1981 RACE DISCRIMINATION, HARASSMENT AND RETALIATION

256.   Plaintiffs' Larry Coleman, Chester Coleman and Freddie Seltzer re-alleges 1-255 as if fully set forth herein.

257.   This is a claim against Defendants Morris-Shea and Dick Shea to redress the unlawful employment practices of racial discrimination, harassment, and retaliation protected by Section 1981 of the Civil Rights Act of 1866, as amended.

258.   Larry Coleman, Chester Coleman and Freddie Seltzer are African-

American men and members of a protected class.

259.   Larry Coleman was at all times qualified to perform his job duties as a Pile Driver Superintendent, welder, loader and forklift driver.  Defendants treated Larry Coleman differently and adversely due to his race.

260.   Chester Coleman was at all times qualified to perform his job duties as a heavy equipment operator/crane operator.  Defendants treated Chester Coleman differently and adversely due to his race.

261.   Freddie Seltzer was at all times qualified to perform his job duties as heavy equipment operator/crane operator. Defendants treated Freddie Seltzer differently and adversely due to his race.

262.   Defendants treated Larry Coleman, Chester Coleman and Freddie Seltzer differently and adversely in the terms, conditions, and pay of their employment compared to similarly situated Caucasian co-workers.

263.   Defendants awarded promotions to lesser-qualified Caucasian employees with less seniority.

264.   Plaintiffs Larry Coleman, Chester Coleman and Freddie Seltzer work environment was racially hostile, demeaning and harassing.

265.   Plaintiffs Larry Coleman, Chester Coleman and Freddie Seltzer were caused to work in a work environment where racial slurs, jokes and comments were

frequent.

266.   Defendants' unlawful conduct was motivated by Plaintiffs' Larry Coleman, Chester Coleman and Freddie Seltzer race.

267.   Defendants failed to provide an employee handbook and employee training on prohibiting discrimination and harassment in the workplace.

268.   Defendants failed to provide policy and/or procedure for employees to voice internal complaints of discrimination and harassment.

269.   Plaintiffs Larry Coleman, Chester Coleman and Freddie Seltzer were suspended and no reason provided.

270.   Plaintiffs Larry Coleman, Chester Coleman and Freddie Seltzer were terminated.

271.   As a proximate result of Defendants' unlawful discrimination, harassment and retaliation, Plaintiffs Larry Coleman, Chester Coleman and Freddie Seltzer suffered financial loss, loss of dignity, loss of career opportunity, embarrassment, humiliation, emotional distress, and physical pain and suffering.

272.   Plaintiffs Larry Coleman, Chester Coleman and Freddie Seltzer seek declaratory and injunctive relief, an award of lost back pay and front pay, loss of benefits, compensatory and punitive damages, costs, interest, attorneys' fees, and any and all such other relief the trier of fact may assess.

## COUNT II

### AGE DISCRIMINATION,
### HARASSMENT AND RETALIATION

273.   Plaintiffs adopt and realleges paragraphs 1-255 as if fully recited herein.

274.   This Count addresses those claims seeking to redress the unlawful employment practices of age discrimination, harassment, and retaliation conducted by Defendant Morris-Shea, its agents and employees and ratified by the Defendants in violation of federal and state laws that prohibit age discrimination in the workplace.

275.   This is an action to redress grievances resulting from acts of Defendants, its agents, servants, and employees committed with respect to Larry Coleman, Chester Coleman and Freddie Seltzer's employment and for a permanent injunction restraining Defendants from maintaining a policy and practice of harassing and discriminating against Larry Coleman, Chester Coleman and Freddie Seltzer and other persons similarly situated on account of age.

276.   Larry Coleman, Chester Coleman and Freddie Seltzer are more than 50 years of age and are members of a protected group.

277.   Larry Coleman was at all times qualified to perform his job duties as a Pile Driver Superintendent, welder, loader and forklift driver.  Defendants treated

Larry Coleman differently and adversely due to his age.

278.   Chester Coleman was at all times qualified to perform his job duties as a heavy equipment operator/crane operator.   Defendants treated Chester Coleman differently and adversely due to his age.

279.   Freddie Seltzer was at all times qualified to perform his job duties as heavy equipment operator/crane operator. Defendants treated Freddie Seltzer differently and adversely due to his age.

280.   Morris-Shea denied Larry Coleman, Chester Coleman and Freddie Seltzer pay raises and bonuses due to Larry Coleman, Chester Coleman and Freddie Seltzer's age.

281.   Morris-Shea subjected Larry Coleman, Chester Coleman and Freddie Seltzer to discriminatory treatment and harassment based on their age.

282.   Morris-Shea treated young employees more favorably with respect to the terms, conditions, and pay of their employment.

283.   Morris-Shea suspended Larry Coleman, Chester Coleman and Freddie Seltzer due to their age and replaced them with younger workers.

284.   Morris-Shea terminated Larry Coleman, Chester Coleman and Freddie Seltzer because of their age.

285.   Morris-Shea replaced Larry Coleman, Chester Coleman and Freddie

Seltzer with three younger, less-experienced workers with less seniority at Morris-Shea.

286.   As a proximate result of Defendants' unlawful age discrimination, harassment, and retaliation, Larry Coleman, Chester Coleman and Freddie Seltzer suffered different terms, conditions, and pay than their younger co-workers during their employment.

287.   Such unlawful employment practices proximately caused Larry Coleman, Chester Coleman and Freddie Seltzer to suffer financial duress, wage and benefit loss, and financial loss for which they claim damages.

288.   Larry Coleman, Chester Coleman and Freddie Seltzer seek declaratory and injunctive relief, awards of lost employment benefits and wages, back pay, front pay, interest, liquidated damages, costs, attorneys' fees, and any and all such other relief the trier of fact may assess.

## COUNT III

### TITLE VII RACE DISCRIMINATION AND HARASSMENT AGAINST MORRIS-SHEA BRIDGE COMPANY, INC.

289.   Larry Coleman, Chester Coleman and Freddie Seltzer adopts and realleges paragraphs 1-255 as if fully set forth herein.

290.   Larry Coleman, Chester Coleman and Freddie Seltzer are African

American males and a member of a protected class.

291.   Defendant Morris-Shea targeted Larry Coleman, Chester Coleman and Freddie Seltzer based on their race and subjected them to adverse treatment, less pay and disciplinary action.

292.   Defendant subjected Larry Coleman, Chester Coleman and Freddie Seltzer to adverse employment actions, including suspension and termination.

293.   Larry Coleman, Chester Coleman and Freddie Seltzer suffered less preferential terms, conditions, and pay of employment than similarly-situated Caucasian male employees.

294.   Defendant subjected Larry Coleman, Chester Coleman and Freddie Seltzer to a hostile work environment on the basis of their race.

295.   Defendant's conduct was objectively and subjectively severe or pervasive.

296.   Defendant's conduct materially altered Larry Coleman, Chester Coleman and Freddie Seltzer' terms and conditions of employment.

297.   Larry Coleman, Chester Coleman and Freddie Seltzer complained to the superintendent about the racial discrimination and harassment.

298.   Defendant failed to investigate or remedy the racial discrimination, racial harassment and conduct.

299.   Defendant's conduct proximately caused Larry Coleman, Chester

Coleman and Freddie Seltzer to suffer extreme emotional distress, physical injury, embarrassment, humiliation, financial loss, loss of employment opportunity, and other pecuniary and non-pecuniary losses.

300.   Larry Coleman, Chester Coleman and Freddie Seltzer seek declaratory and injunctive relief, reinstatement, an award of lost wages and benefits, back pay, front pay, compensatory and punitive damages, damages for loss of career opportunity, emotional distress damages, physical injury damages, costs, interest, attorneys' fees, and any and all such other relief the trier of fact may assess.

## COUNT IV

### NEGLIGENT/WANTON HIRING, SUPERVISION, TRAINING, AND RETENTION AGAINST ALL DEFENDANTS

301.   Larry Coleman, Chester Coleman and Freddie Seltzer adopts and realleges paragraphs 1-255 as if fully set forth herein.

302.   This is a claim against Morris-Shea and Dick Shea arising under the laws of the State of Alabama to redress the negligent and wanton hiring, training, supervision, and retention of Defendants' agents and employees.

303.   Defendants had a duty to provide a reasonably safe, non-hostile, and non-discriminatory work environment to Larry Coleman, Chester Coleman and Freddie Seltzer and other similarly-situated employees.

304.   Defendants negligently and wantonly failed to train and discipline those

employees and agents who actively discriminated, harassed, retaliated, and conspired against Larry Coleman, Chester Coleman and Freddie Seltzer and failed to protect Larry Coleman, Chester Coleman and Freddie Seltzer from further injury.

305.    Defendants failed to administer their own policies against discrimination, harassment, and retaliation and failed to regularly and clearly communicate and train their managers and employees on such policies.

306.    Larry Coleman, Chester Coleman and Freddie Seltzer' working conditions created by Defendants' agents and employees were adverse and hostile.

307.    Defendants' conduct caused Larry Coleman, Chester Coleman and Freddie Seltzer physical, emotional, and financial harm.

308.    As a proximate result of Defendants' unlawful conduct, Larry Coleman, Chester Coleman and Freddie Seltzer suffered different and adverse terms and conditions of employment from other employees, financial loss, loss of employment opportunity, emotional distress, and other pecuniary and non-pecuniary losses.

309.    Larry Coleman, Chester Coleman and Freddie Seltzer seek declaratory and injunctive relief, reinstatement, an award of lost wages and benefits, back pay, front pay, compensatory and punitive damages, damages for loss of career opportunity, emotional distress damages, costs, interest, attorneys' fees, and any and all such other relief the trier of fact may assess.

## COUNT V

### DISCRIMINATION AND HARASSMENT CLAIMS UNDER THE AMERICANS WITH DISABILITIES ACT

310.   Larry Coleman realleges paragraphs 1-255, as if fully set out herein.

311.   This is a claim to redress the unlawful employment practice of discrimination based on Larry Coleman's actual or perceived disability, pursuant to the Americans with Disabilities Act.  The illegal discrimination was conducted by Morris-Shea, its agents and employees and ratified by Morris-Shea.

312.   The conduct of the Morris-Shea's agents and employees and ratification of said conduct alleged herein violates the Americans with Disabilities Act.

313.   Larry Coleman has an actual or perceived disability and was denied employment and employment opportunities, including wages, benefits, and continued employment.

314.   Defendants suspended and then terminated Plaintiff, Larry Coleman from his position within the company and he was told he was terminated due to "lack of work."

315.   Defendants refused Plaintiff, Larry Coleman continued employment or a transfer to open and available positions of which he was qualified to perform, due to his disability and Morris-Shea's perception that Larry Coleman was disabled.

316.  Defendants were aware of Plaintiff's health conditions and need for future treatment, and such was a basis for Plaintiff's suspension and subsequent termination by Defendants.

317.  Defendants terminated Plaintiff, Larry Coleman after he requested vacation days for doctor appointments for serious medical conditions.

318.  As a proximate result of Morris-Shea's unlawful conduct, Larry Coleman suffered the following damages: loss of employment, different terms and conditions of employment, loss of employment wages and benefits, severe emotional distress, physical pain and harm, humiliation, embarrassment, mental anguish, shame, trauma, loss of career opportunity, and financial loss.

319.  Larry Coleman seeks declaratory and injunctive relief, award of lost employment benefits and wages, reinstatement, back pay, front pay, compensatory damages, punitive damages, costs, attorney fees and any and all such other relief the trier of fact may assess.

**WHEREFORE**, Plaintiffs Larry Coleman, Chester Coleman and Freddie Seltzer respectfully request the following relief:

A.      Grant of a permanent injunction enjoining Defendants, its officers, successors, assigns and all persons in active concert or participation with it, from engaging further in discriminatory treatment on the basis of age, race, and retaliation;

B.     Order Defendants to institute and carry out policies, practices, and programs which provide equal provisions and employment opportunities for all employees, and which eradicate the effects of past and present unlawful employment practices, including implementing a policy against age and race discrimination and retaliation for engaging in protected activities;

C.     Order Defendants to make Larry Coleman, Chester Coleman and Freddie Seltzer whole by awarding reinstatement, back pay, front pay, and any other affirmative relief necessary to eradicate the effects of Defendants' unlawful employment practices;

D.     Award Larry Coleman, Chester Coleman and Freddie Seltzer compensatory, punitive, and liquidated damages;

E.     Award Larry Coleman, Chester Coleman and Freddie Seltzer costs, expenses, interest, and attorneys' fees; and,

F.     Award such other and further relief this Court deems necessary and proper.

### PLAINTIFFS HEREBY DEMAND TRIAL BY STRUCK JURY

Respectfully submitted,

/s/ Alicia K. Haynes
Alicia K. Haynes (ASB-8237-E23A)
One of the Attorneys for Plaintiffs

OF COUNSEL:
**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, AL 35226
Phone: (205) 879-0377
Fax: (205) 879-3572
E-mail: akhaynes@haynes-haynes.com

OF COUNSEL:
Heather Newsome Leonard, Esq.
**HEATHER LEONARD, P.C.**
P.O. Box 43768
Birmingham, AL 35243
Phone:        (205) 977-5421
Facsimile:   (205) 278-1400
Email:        Heather@HeatherLeonardPC.com
An Attorney for Plaintiffs

OF COUNSEL:
Cynthia Forman Wilkinson, Esq.
**WILKINSON LAW FIRM, P.C.**
215 N. Richard Arrington Jr. Blvd., Suite 200
Birmingham, AL 35203
Phone:        (205) 250-7866
Facsimile:   (205) 250-7869
Email:        wilkinsononefile@wilkinsonfirm.net
An Attorney for Plaintiffs

## PLEASE SERVE DEFENDANTS VIA CERTIFIED MAIL:

Morris-Shea Bridge Company, Inc.
609 South 20th Street
Irondale, Alabama 35210

Richard "Dick" Shea
c/o Morris-Shea Bridge Company, Inc.
609 South 20th Street
Irondale, Alabama 35210