FILED
2018 Nov-26 AM 09:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LARRY COLEMAN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MORRIS-SHEA BRIDGE ) <br> COMPANY, Inc., et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) | 2:18-cv-00248-LSC |

### Order

Before the Court is Plaintiffs' Motion for Protective Order. (Doc. 24.) In the motion, Plaintiffs ask the Court to enter a protective order quashing subpoenas directed towards Plaintiffs Larry Coleman and Chester Coleman's current employers. The Court recognizes Plaintiffs' argument that Defendants do not need to subpoena Plaintiffs' employers because the Plaintiffs are willing to provide Defendants with many of the requested documents. Nonetheless, Defendants have a right to confirm the information disclosed to them by the Plaintiffs with their employers. Therefore, Plaintiffs' Motion for Protective Order (doc. 24) is DENIED.

**DONE** and **ORDERED** on November 26, 2018.

_____
L. Scott Coogler
United States District Judge

194800